COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-02-414-CV

IN RE RBR CONSTRUCTION, INC.
   
RELATOR

AND

NO. 2-02-430-CV

RBR CONSTRUCTION, INC. APPELLANT

V.

KRUM INDEPENDENT SCHOOL DISTRICT APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Appellant/Relator, RBR Construction, Inc.'s, Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the original proceeding, cause no. 2-02-414-CV,  and the appeal, cause no. 2-02-430-CV.

RBR Construction, Inc., shall pay all costs of these consolidated proceedings, for which let execution issue.

PER CURIAM

PANEL B: HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED: June 12, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.